**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

ARTHUR STANLEY LAMB
ADC #116223                                                                                                                         PLAINTIFF

V.                             NO: 4:08CV00004 WRW

GWEN WRIGHT *et al.*                                                                                              DEFENDANTS

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 7th day of April, 2008.

                                                      /s/ Wm. R. Wilson, Jr.
                                                      UNITED STATES DISTRICT JUDGE